UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORIO MORA ANTUNEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. C11-1270-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION |

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler (Dkt. No. 10), to which there has been no timely objection. The Court, after careful consideration of the parties' submissions, the report and recommendation, and the balance of the record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's motion under § 2255 (Dkt. No. 1) is DENIED as untimely, and this action is DISMISSED with prejudice;

(3) In accordance with Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED; and

(4) The Clerk shall send copies of this Order to Petitioner, to counsel for the Government, and to Judge Theiler.

DATED this 23rd day of December 2011.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION AND DISMISSING
ACTION
PAGE - 2